

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

October 30, 2024

<u>**VIA ECF**</u>

Judge Henry J. Ricardo
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

RE:   *B & T Supplies, Inc. et al v. GemJ Chebhear Grat, LLC et al* - 23-cv-11241-GHW-HJR:  <u>Plaintiffs' Letter Supplementing the Record</u>

Dear Judge Ricardo:

    I am counsel for Plaintiffs in the above-referenced matter and I respectfully submit this letter annexing the Receiver's Status Report Regarding Mediation In Connection with Settlement with Eckert Seamans which was filed with the court at Doc. No. 2056 on October 18, 2024 in the matter of the <u>Securities and Exchange Commission v. Complete Business Solutions Group, Inc.</u>, United States District Court Southern District of Florida Case No. 20-CV-81205-RAR attached hereto as Exhibit A to supplement the record**.** I have conferred with counsel for the Chehebar's and I provided to counsel a copy of the attached Exhibit A on October 29, 2024.

Respectfully submitted,

WHITE AND WILLIAMS LLP

/s/ *Shane R. Heskin*

Shane R. Heskin