UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & T SUPPLIES, INC., et al., | 23-CV-11241 (JAV) (HJR) |
| Plaintiffs, | |
| v. | **NOTICE OF REASSIGNMENT** |
| GEMJ CHEBHEAR GRAT, LLC, et al., | |
| Defendants. | |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all

prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any

conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: April 3, 2025
     New York, New York

                                                JEANNETTE A. VARGAS
                                                United States District Judge