USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B & T SUPPLIES, INC., *et al.*,

                Plaintiffs,

-v-

GEMJ CHEHEBAR GRAT, LLC, *et al.*,

                Defendants.

**ORDER**

23-CV-11241 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On June 6, 2025, Plaintiffs moved via letter motion for a protective order limiting the nature and location of their depositions. Dkt. No. 89. For the reasons discussed at today's conference, their motion is **GRANTED IN PART** and **DENIED IN PART**.

The Court declines to enter a protective order requiring the depositions of the individual plaintiffs and corporate plaintiffs' representatives to be held at the same time. The Court also declines to enter a protective order requiring the depositions to be taken remotely. Third, the Court declines to enter a protective order preventing the following Plaintiffs from being deposed in New York:

- B & T Supplies, Inc.;
- Tzvi Odzer;
- RKDK, Inc.;
- Gelato on Hudson LLC;
- Asia Star Broadcasting Inc.;
- Daniel Shah;
- MH Marketing Solutions Group, Inc.; and

1

- Michael Heller.

However, the Court will not require the following Plaintiffs, who reside in Massachusetts and California, to travel to New York for their depositions:

- TourMappers North America, LLC;
- Julie Katz;
- The Perfect Impression Inc.; and
- Susan Abrahams.

At the conference today, Defendants requested that the costs of the depositions of Plaintiffs outside of New York be shifted to Plaintiffs. The Court denies this request.

**SO ORDERED.**

Dated: June 13, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge